MARCH 9, 1999

No. 98–8405 (A–757).  IN RE ROBERTS.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 98–8295 (A–724).  QUESINBERRY v. TAYLOR, WARDEN. C. A. 4th Cir.  Application for stay of execution of sentence of death and for leave to file amended petition for writ of certiorari, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution and for leave to file amended petition for writ of certiorari.

No. 98–8404 (A–756).  ROBERTS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  Sup. Ct. Mo.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

MARCH 10, 1999

No. 98–739.  LOUISIANA ET AL. v. USSERY.  C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 98–7497.  McCRAY v. UNITED STATES.  C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

MARCH 16, 1999

No. 98–8476 (A–768).  KOKORALEIS v. ILLINOIS.  Sup. Ct. Ill. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.